AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| William Busche | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-00474-TWP-MPB |
| Cook Incorporated et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Busche                                                                                    .

Date:    02/11/2020

/s/ Basil Adham
*Attorney's signature*

Basil Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098

*Address*

ivc@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*